

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Timothy Lee Robinson, Appellant

No. 06-09-00225-CR      v.

The State of Texas, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 16,079). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Timothy Lee Robinson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 13, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk